IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hayden, Elodie

Printed: 9/9/08

Case Number: 05 B 09371
Judge: Wedoff, Eugene R
Filed: 3/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: August 1, 2008
Confirmed: June 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,020.00 |  |
| Secured: |  | 6,713.20 |
| Unsecured: |  | 5,778.44 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 825.65 |
| Other Funds: |  | 2.71 |
| Totals: | 16,020.00 | 16,020.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Ford Motor Credit Corporation | Secured | 6,713.20 | 6,713.20 |
| 3. | Marshall Field & Company | Unsecured | 193.97 | 193.97 |
| 4. | Wells Fargo Financial | Unsecured | 123.91 | 123.91 |
| 5. | First Consumers National Bank | Unsecured | 436.57 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 105.50 | 105.50 |
| 7. | First Consumers National Bank | Unsecured | 437.17 | 437.17 |
| 8. | American Express Travel Relate | Unsecured | 355.68 | 355.68 |
| 9. | ECast Settlement Corp | Unsecured | 50.96 | 50.96 |
| 10. | ECast Settlement Corp | Unsecured | 275.44 | 275.44 |
| 11. | Resurgent Capital Services | Unsecured | 223.02 | 223.02 |
| 12. | RoundUp Funding LLC | Unsecured | 1,331.15 | 1,331.15 |
| 13. | American Express Centurion | Unsecured | 499.46 | 499.46 |
| 14. | Resurgent Capital Services | Unsecured | 166.67 | 166.67 |
| 15. | ECast Settlement Corp | Unsecured | 936.74 | 936.74 |
| 16. | ECast Settlement Corp | Unsecured | 1,078.77 | 1,078.77 |
| 17. | Cendent Mortgage | Secured |  | No Claim Filed |
| 18. | Added Dimensions | Unsecured |  | No Claim Filed |
| 19. | American Express | Unsecured |  | No Claim Filed |
| 20. | Answeringforall.Com | Unsecured |  | No Claim Filed |
| 21. | Capital One | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Credit First | Unsecured |  | No Claim Filed |
| 25. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hayden, Elodie

Printed: 9/9/08

Case Number: 05 B 09371
Judge: Wedoff, Eugene R
Filed: 3/16/05

| | | | | |
|---|---|---|---|---|
| 26. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,628.21 | $ 15,191.64 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 60.00 |
| 5.5% | 220.00 |
| 5% | 40.00 |
| 4.8% | 115.20 |
| 5.4% | 258.38 |
| 6.5% | 132.07 |
| | _____ |
| | $ 825.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ MMach_____